**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7533**

———————

ALMAZ NEZIROVIC,

                    Petitioner – Appellant,

          v.

GERALD S. HOLT, United States Marshal, Western District of
Virginia; BOBBY D. RUSSELL, Superintendent, Western
Virginia Regional Jail,

                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:13-cv-00428-MFU)

———————

Submitted:  March 31, 2015          Decided:  April 10, 2015

———————

Before TRAXLER, Chief Judge, and KEENAN and THACKER, Circuit
Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Almaz Nezirovic, Appellant Pro Se.  Elizabeth G. Wright, OFFICE
OF THE UNITED STATES ATTORNEY, Harrisonburg, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Almaz Nezirovic appeals from the district court's order denying his motion for bond filed in his 28 U.S.C. § 2241 (2012) proceeding. In light of the district court's denial of the 28 U.S.C. § 2241 petition and our decision affirming the district court's order, see Nezirovic v. Holt, 779 F.3d 233, 2015 WL 777540 (4th Cir. Feb. 25, 2015) (No. 14-6468), Nezirovic's appeal of the order denying his motion for release on bond is now moot. See Incumaa v. Ozmint, 507 F.3d 281, 285-86 (4th Cir. 2007) (setting forth the principles of appellate mootness). Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED